# Exhibit A



## ACTUAL REPEAT







## EXPANDED REPEAT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-130-100**

**Effective Date of Registration:**
June 05, 2018

---

## Title

**Title of Work:** Unicorn Pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** OMG! Accessories, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** OMG! Accessories, LLC
10 W. 33rd St., Suite #1224, New York

## Rights and Permissions

**Organization Name:** OMG! Accessories, LLC

## Certification

**Name:** Joanna Gorecki
**Date:** June 05, 2018

---

**Correspondence:** Yes

Page 1 of 1