# Exhibit B

# KOHL'S

  

Account | $0.00 | Check Out

Girls  >  Accessories  >  Backpacks  >  UNBRANDED

## Unicorn Backpack & Lunch Bag Set








**SALE**
**$29.99**
Regular $39.99

Your Price **$23.99**
use **HEATWAVE** at checkout
offer ends June 23   details



20% OFF

 Be the first to **write a review**

○ Not available within 15 miles of Jersey City
check other stores

● Ship to Me
Free w/ $75 purchase

Quantity

− 1 +      **Add to Cart**

View Larger

Add To List | Find In Store

People Who Viewed This Also Viewed



https://www.kohls.com/product/prd-3691411/unicorn-backpack-lunch-bag-set.jsp?prdPV=4