```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OMG ACCESSORIES LLC,

                      Plaintiff,

          - against -

MYSTIC APPAREL LLC, et al.,

                     Defendants.
-------------------------------------------------------------X

19-CV-11589 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendants' motion to dismiss has been denied. Accordingly, discovery is no longer stayed. By **April 7, 2021**, the parties shall file a joint proposed scheduling order for the remainder of the case. The parties shall also indicate whether they believe having a settlement conference with the Court would be useful and desirable.

                           SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated:  March 26, 2021
          New York, New York

Copies transmitted this date to all counsel of record.